

US007096187B1

## (12) United States Patent
### Harris

(10) Patent No.: **US 7,096,187 B1**
(45) Date of Patent: **Aug. 22, 2006**

(54) **COMPRESSED AUDIO INFORMATION**

(76) Inventor: **Scott C. Harris**, P.O. Box 927649, San Diego, CA (US) 92192

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 521 days.

(21) Appl. No.: **10/064,519**

(22) Filed: **Jul. 23, 2002**

(51) Int. Cl.
*G10L 19/00* (2006.01)
(52) U.S. Cl. .......................... **704/500**; 360/84
(58) Field of Classification Search ................ 704/500; 360/84, 250
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,243,640 A | * | 9/1993 | Hadley et al. | ........... 455/426.1 |
| 5,530,686 A | * | 6/1996 | Schylander et al. | ..... 369/30.04 |
| 5,530,898 A | * | 6/1996 | Miyake | ........................ 710/14 |
| 5,625,610 A | * | 4/1997 | Hiranuma | ................ 369/47.12 |
| 6,658,247 B1 | * | 12/2003 | Saito | .......................... 340/7.2 |
| 6,791,799 B1 | * | 9/2004 | Fletcher | ...................... 360/255 |
| 6,810,425 B1 | * | 10/2004 | Yamamoto | .................. 709/233 |

\* cited by examiner

*Primary Examiner*—Daniel Abebe
(74) *Attorney, Agent, or Firm*—Scott C. Harris

(57) **ABSTRACT**

Compressed entertainment content such as audio or video or both includes additional aspects and operations associated their way. The compressed audio may be used to signal computers such as a telephone or reminder for an appointment. A melody line may be extracted from the audio, or the audio may be used exactly as it is. Another aspect stores traders within the entertainment content such as in MP3. Those traders are used to trigger the system to retrieve other parts of the content to be displayed at the same time that that particular part of the MP3 is being play. The content may include video or text, or maybe links to other content such as broadband content four times sensitive content. Another aspect describes encryption which is keyed to the disk ID to prevent playing oven illegally copied disk. Another aspect reads a specified amount of information then spins down the disk to conserve battery power.

**24 Claims, 5 Drawing Sheets**



U.S. Patent    Aug. 22, 2006    Sheet 1 of 5    US 7,096,187 B1



FIG. 1A



FIG. 1B



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

US 7,096,187 B1

1

# COMPRESSED AUDIO INFORMATION

## BACKGROUND OF INVENTION

Audio and video information may be compressed to remove redundancy within the information. This allows the information to be stored using less memory. It is common to store audio as MP3 format which uses a reduced amount of memory. The advantage of storing the information is in this way is that a fixed amount of memory, such as available in a portable MP3 player or the like, may actually store more audio information.

MP3 players are commonly found in various types of computing devices. Stand- alone computers can play MP3's, as can Personal Digital Assistants (quote PDAs"), telephones, and other devices. Any electronic device which includes some kind of processing element can be used to read and write compressed audio and video information.

## SUMMARY OF INVENTION

The present invention teaches such applications which are made possible by the form of compressed information. According to an embodiment, extra information is stored within the compressed information. This extra information may be information that is associated with the information, or may be encryption information. In another embodiment, an improved way of storing this information is described.

## BRIEF DESCRIPTION OF DRAWINGS

These and other aspects will now be described in detail with reference to the accompanying drawings, wherein:

FIG. **1A** shows a fixed media reader type of MP3 player;

FIG. **1B** shows a moving media typed reader for an MP3;

FIG. **2** shows a flowchart of a signing a specified melody to an event on a PDA or other personal computer;

FIG. **3** shows a format of and MP3 which includes extra information therein;

FIG. **4** shows different kinds of content which can exist within the extra information;

FIG. **5** shows an encryption system for an MP3;

FIG. **6** shows the format of the encryption system;

FIG. **7** shows a flowchart of reading the encryption system;

FIG. **8** shows another embodiment in which battery life can be preserved in a moving reader type of compressed information system.

## DETAILED DESCRIPTION

While the present embodiment describes storing audio information in MP3 format, it should be understood that this is an embodiment of the general concepts described herein which are applicable to any kind of or format of either compressed audio information or compressed video information. Typically, the compressed file of the type described herein is compressed relative to the original size file representing the information. While the embodiment refers to MP3's, it should be understood that these techniques are also applicable to other formats including other compressed audio formats, compressed moving video formats such as MPEGs, compressed shingle image formats such as JPEG"s and others.

There are basically two different types of readers for this compressed information. A fixed type reader is shown in FIG. **1A**. In this reader, the memory media **100** is inserted

2

into an electronic device which includes a processor **125** therein. FIG. **1A** shows the device **110** as being a portable telephone. However, the device may be any device, portable or otherwise, that includes a processor therein. Various types of readers and media of this type are known. For example, the media **100** may be complex flesh, as the media, on memory stick (Sony) for others. The media is typically a relatively compact size nonvolatile storage memory.

The memory is read by the device, which typically includes display **115**, user interface **120** which controls aspects of reading such as the track being read, and the processor/memory **125**. The processor and memory **125** may decode the compressed MP3 information, and the decoded information is outputted to the reproduction hardware which may include a speaker **126** and/or display screen **115**. This device is referred to herein as being a fixed reader, since the memory **100** is not moved during playback.

A second, moving type reader is shown in FIG. **1B**. This device is effectively a legacy type device in which the information is spread over the surface of a physical part. A reading head is moved relative to the storage medium to obtain information from the different parts of the surface which store that information. The most common type of moving reader is a rotating disk reader. In this device, the MP3 information is stored on a round disk **155** which is rotated to receive the information therefrom. The reader **150** rotates the disk to receive the information which is sent to the PDA **160** and reproduced through the speakers. Other types of moving readers may include DVDs, mini disks, and other similar disk technology.

These compressed formats take up less space on the medium as compared with the uncompressed audio formats. This means, however, that the reader actually needs to read less data from the medium in order to reproduce the original data stream. For example, in order to play a specified one minute song, a moving reader **150** needs to read less data from an MP3 encoded disk **155**, then it would need to read from a regular CD. The reader reads less data and therefore there is extra time between the reading.

In addition, the processors which are associated with these readers often include significant computing power. For example, in a cellular phone, the reader may include electronics which carry out cellular phone functions, analog to digital conversion, and other complicated mathematical operations. These electronics may have sufficient processing power to carry out many other functions. This is especially true when the reader of the MP3 information is also carrying out another functions such as a PDA or cellular telephone.

According to an embodiment, the enhanced processing power is used for an additional function. An embodiment is described with reference to the flowchart of FIG. **2** which may be executed in any of the processors shown or described herein. This embodiment is intended to be used with a device/application which signals a user that an "event" has occurred. For example, when used in a cellular telephone embodiment, the "event" may be an incoming calls such as a ring tone in a conventional cellular telephone. In a PDA, the event may represent an appointment or other reminder for a user. A computer may signal the user about different events including ring tones, incoming faxes, reminders, and others. According to this embodiment, the information from the MP3 file is used as part of the signaling of the event.

The operation begins at **200** where the processor reads an MP3/compressed information. This information may represent a specific audio song being reproduced. **205** represents playing this information on demand. For example, there may be a play button or play function which signals the computer

3

to play this information. At **210**, a part of the MP3, referred to herein as a "melody", is assigned to the event. The melody that is assigned can be selected in many different ways. The Figure shows that the most often played melody may be selected. In this case, the system stores a list of the most commonly played melodies, and selects the most often played melody as the event reminder tone. Another alternative is that the last melody that was played becomes the event reminder tone. The melody that is played may actually be a clip from the MP3, or may be a melody line. At **215**, the melody line may optionally be extracted. This is done by reviewing the compressed audio information to determine the actual tones representing the notes of the melody line. The fundamental frequency within the music notes may be determined, the melody line extracted, and this melody line stored as notes and times of those notes. Since this kind of storage requires only storage of musical notes and times, this storage may require relatively little memory. Each of the melody lines may be assigned with a numerical designation, for example.

One system may also find the "chorus" of the song being played. For example, this may be postulated as the most commonly repeating block of melody line. Alternatively, an artificial intelligence system may analyze the content of the song to find the most likely portion that represents the chorus. The system may also assign the chorus to the event in an embodiment. Again this chorus may be the chorus of the most often played song or simply the chorus of the last played song.

This system may therefore continuously vary the signal that is associated with the event. Alternatively, the user may simply manually assign information to the event. Also, if the compressed information includes video information, either MPEG video information or associated video information stored within the MP3 as described herein, then the signaling of the event may also includes a video segment.

At **220**, the processing device monitors for the specific event. For example, the processor may monitor for an incoming telephone call, or may monitor for the time of reminder of the event. When the event is determined to occur at **220**, the melody which is obtained at **210**, **215** is played at **225**.

In this way, the device, which already includes an MP3 player, may use information from the MP3 material to assign a specified melody to a specified event. That melody may be an actual clip of audio or video information, or may be an extracted melody line. The melody may be user selectable, automatically selected, or constantly changing.

As described above, since the data is compressed, there is less data to read for a given clip of musical information. Hence, the reader can actually read the material from the medium faster than it would be able to read from comparable uncompressed readers. This effectively gives the reader some spare time.

In this embodiment, extra content is stored within the MP3, and the spare time is used to read and display this extra content. Existing formats such as MP3 already have the ability to store some extra content within the signal. For example, MP3 may store certain kinds of text about the signal being played. In this embodiment, the compressed information is in the format shown in FIG. **3**. The sound is stored as packets **300**, **310** and the like. Extra information may be interspersed between two adjacent packets. For example, extra information **305** may be stored between packet **1** and packet **2**. Extra information such as **315** may

4

be stored after packet **2**. This may be done in conventional form, or may include additional area where more data can be stored.

The extra information such as **315** may be associated with the sound that is played at the time of the packet that comes after it. For example, while the sound at **310** is being played, the reader may also read the extra information **315**. The specific extra information **315** may be played at the time of packet **310** and therefore represent content that is associated with packet **310**. That information is played at the same time as the specific sound with which it is associated. The information **315** may not be the information itself, but may rather be an address indicating information that is somewhere else within the clip, or an address indicating some other destination for the information.

In addition, between two adjacent songs or programs there is often silence shown as **320**. Additional content **325** may be stored during these silences between the tracks. Extra content may also be stored at the end of the entire information, for example after the end of the whole album.

The content to be played during the packet **2** (**310**) may not necessarily be stored in **315**. Importantly, however, **315** stores some kind of trigger to play the content at address x. This content may rather be stored at **325**, but triggered by the extra information at **315**.

The specific content is shown in FIG. **4**. This content may include video information, still picture information, album liner type information such as notes, lyrics, web site links, and club links, links to information about other CDs or albums, and/or music videos for links to music videos. All of this information may be stored in multiple different resolutions, for example a first resolution for display on a PDA or telephone and a second resolution for display on a computer. The information may alternatively be stored as simply low resolution information with links to an Internet site that stores additional resolution information. In this case, the low resolution information may be displayed immediately, while the system first determines if the display is capable of displaying more detail. If so, then the system attempts to link to the broadband content to improve the resolution of the information which is displayed. The system may use a progressive scan type display where the first part of the display that is immediately displayed is a low resolution version, and this low resolution version is actually stored as part of the MP3. Additional information to improve the resolution may be obtained from the website link.

The extra information may simply be a link to date sensitive information. For example, it may be a link to the concert schedule for the artist that is playing the MP3 information. When the link is executed, the website storing this concert information is executed, thereby obtaining up to date, date sensitive information.

This information may be buffered, to be played at the time of the trigger **316**. Alternatively, the reading may simply hop around from address to address to play the information in real time.

The computer which runs this decoder may be a standalone computer with an Internet connection, or may be a cellular telephone which has Internet via cellular capability.

A recurring concern with compressed music forms such as MP3s occurs because they are so relatively easy to copy. An abuser could easily copy the entire content of their particular music program to MP3 form, then post that to a web site or newsgroup. This effectively allows anyone with Internet access to download the MP3. Once someone buys a disk legitimately, that person can provide the content of the desk

US 7,096,187 B1

5

too many other people in this way. This pirating may cost revenues to the recording industry.

According to this embodiment, a technique is described which uses an encryption system to ensure that royalties are properly paid for such items. The encryption code may be part of the additional information stored as shown in FIG. **4**. This system as shown in the context of a disk **500**, however this may also be used with other media as described herein. As in other embodiments, this system can include a reader which includes electronics to read specified information from an optical disk.

In the embodiment, the disk has a unique serial number **502** which is provided by the manufacturer, and these unique to the specific disk. The processor takes this serial number at **504**, as well as the music content **506** that is to be stored on the disk.

The writer **510** combines the disk serial number with the music content **506** using an encryption function shown as **515**. For example, the encryption function as described herein may be a one-way function of a type that produces a large number. The theory of encryption using large numbers is well-established. Briefly speaking, usually this uses a factoring system where decoding to check the veracity of the large number is easy, but attempting to form of valid number surreptitiously is difficult. For example, a code may be selected which might require 35 years of brute force effort in order to form the codes surreptitiously. The large number **522** is then stored on the disk associated with the music content shown as **520**. The code is therefore keyed to the content on the disk, in a form which may follow the content shown in FIG. **6**. The content **600** may be mixed with encryption information **605** which may include an encryption key, content checksum, disk ID, content ID, and encrypted information.

In operation, the reader may operate to read the disk as well as reading information determining whether the disk is authorized. At **700**, the system reads from the disk. Initially, a threshold test may be carried out at **702** determining if the disk is a stamped disk or some kind of recordable disk. A stamped disk may automatically be played in an embodiment, since these are so much more difficult to counterfeit. It is also difficult to individualize such stamped disks. However, in an alternative embodiment, a pre-recorded disk may also be tested in a similar way.

If **702** determines that the currently played disk is not a stamped disk, then **705** may check the veracity of the encrypted number **522** on the disk using the local (public) key of a public key encryption system. This key may be stored locally in all readers, and using known cryptographic techniques, the knowledge of the decryption key tells you nothing about the encryption key. The accuracy may be tested only once, or may be tested every few seconds. If the result of the test is okay at **710**, then the information is played at **720**. If not, the reader may refuse to play the disk at **715**.

This system may require that the cryptographic technology be added to all readers. However, this cryptographic technology may prevent surreptitious copying. In an embodiment, the system may allow the user to buy licenses for various MP3 technologies. When a license is purchased for specific technologies, the user is given an encrypted key or onetime use software that produces the encrypted key for one disk ID. For example, the user may upload the information, and received back information that includes the encryption information thereon. This may have significant advantages of allowing the system that assigns the key to determine who should get the royalties. Another embodi-

6

ment may allow disks to be prepurchased which have a special key thereon enabling them to be written with MP3 information. The user pays for that special key much in the same way that they pay for any license. Of course, time IDs which allow the user to copy as many disks as they want in a specified time, or unlimited IDs, can also be purchased.

The above system has described this technique for use with MP3's and audio. However, the same techniques may be used for programs and computer information stored on disks. For example, a programs stored on a prerecorded disk may be automatically read, while a program stored on a recordable disk may require additional security information. This may also be used with a videodisc or any other type of entertainment media.

Another embodiment, shown with reference to FIG. **8**, relates mostly to moving media such as CDs and DVDs. MP3 is that are stored on this kind of moving media can convey the information much faster than is needed and as described above can provide spare capacity. However, this also means that the conventional moving techniques may be much more than necessary to play back the disk. When operating a portable device such as in MP3 reader that operates from a battery, the spinning of the disk may use a lot of the battery power. During playing, the media is conventionally continuously moved. This may waste battery power compared to what is really necessary to read the information from the disk. The embodiment shown at FIG. **8** may conserve battery power. At **800**, a play command is received. This is followed by **805** which commands moving the media in a way that fills the buffer. The buffer may be for example a sufficient buffer to store five minutes of information. At this time, at **810**, the media movement is terminated so that no further battery power is used to read the media. The system then proceeds to read from the buffer at **810**. At **815**, when the buffer reaches a specified percentage of emptiness (shown here as a percent) which may be 5 percent, the process repeats with the media being spun up, and reading occurring to fill the buffer.

This embodiment may also be usable with non-compressed desks. For example, conventional CD readers read data at a specified rate often called 1×. However, readers which read much faster than this are well established. It is very simple for a reader to read at 40× as of this writing, and readers which read at even higher speeds are known and under development. Accordingly, this system may also be used with a reader that reads faster than 1×.

Although only a few embodiments have been disclosed in detail above, other modifications are possible. For example, and primarily, while the above refers primarily to MP3's, other compressed formats are equally applicable to this system. All such modifications are intended to be encompassed within the following claims, in which:

What is claimed is:

1. A system, comprising:
    a computer, detecting a stimulus which indicates that a user should be notified of a specified event;
    a media reader part, connected to said computer, and reading information from a specified media under control of said computer;
    wherein said computer notifies said user by using a specified part of said information from said media.

2. A system as in claim **1**, wherein said computer extracts a melody line from said media, and said specified part includes said melody line that is extracted from said media.

3. A system as in claim **1**, wherein said notifies comprises playing an actual part of said information that has been read from said media.

US 7,096,187 B1

7

4. A system as in claim **1**, wherein said computer includes a cellular phone, and said event includes an incoming call.

5. A system as in claim **1**, wherein said computer includes an appointment book, and said event includes a reminder for one of said appointments.

6. A system as in claim **1**, wherein said computer dynamically selects said specified part of said information according to parts of said information that have been played.

7. A system as in claim **1**, wherein said computer selects a most recently played part of the information.

8. A system as in claim **1**, wherein said computer selects a most commonly played part of the information.

9. A system as in claim **1**, wherein said media reader part includes a media moving system which receives a memory media and moves said memory media to reproduce information which is stored on a surface thereof, and a memory connected to store information from said memory media, and wherein said computer controls said media moving system to first move and store information from said media into said memory and thereafter to stop and read said information from said memory.

10. A system as in claim **1**, wherein said media reader part receives a non-movable median and reproduces information therefrom.

11. A system as in claim **9**, wherein said memory media is a movable disk.

12. A system as in claim **9**, further comprising a battery power part which powers said computer and said media reader part.

13. A method, comprising:
  detecting a specified event, using a computer, which specified event needs to be communicated to a user;
  using said computer to read music from a compressed format memory medium;
  using said computer to select a part of said music from said compressed format memory medium, and to play said part to signal the specified event.

14. A method as in claim **13**, wherein said using said computer to select comprises using said computer to extract a melody line from said media, and to play said melody line to signal the specified event.

15. A method as in claim **13**, wherein said part of said music that is selected is an actual part of the music from said media.

8

16. A method as in claim **13**, wherein said specified event is an incoming call to a portable phone, and said part is played to signal the incoming call.

17. A method as in claim **13**, further comprising using said computer to maintain a calendar of appointments, wherein said specified event signals one of said appointments.

18. A method as in claim **13**, wherein said using said computer to read music from a compressed format memory medium comprises moving a movable memory medium to reproduce information which is stored on a surface thereof and to store at least part of said information into another memory, and thereafter stopping said medium from moving and reading said information from said another medium.

19. A device, comprising:
  a disk reading part which includes electronics which are adapted to read information from an optical disk;
  a processing part, which decodes the information from the optical disk, said processing part decoding said information and determining if the disk is a prerecorded disk or a recordable disk, automatically allowing a prerecorded disk to be executed, if a prerecorded disk is determined, and, if a recordable disk is determined, then determining if a specified criteria is met, and allowing said prerecorded disk to be executed only if said specified criteria is met.

20. A device as in claim **19**, wherein said processing part executes said disk by playing music thereon.

21. A device as in claim **19**, wherein said processing part also controls said the disk to initially rotate and to read information thereof to a memory, until said memory has a specified amount of information therein, and thereafter to stop the disk from rotating, and to read information from the memory instead of from the desk area.

22. A device as in claim **19**, wherein said specified criteria includes an encryption function which is associated with content on the disk.

23. A device as in claim **20**, wherein said processing part also controls indicating a specified event to a user, and notifying said user using specified content from said disk.

24. A device as in claim **23**, wherein said specified content includes part of the music from said disk.

\* \* \* \* \*