UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
**DECEMBER 31, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Innovative Patented Technology, LLC

County of Residence:

**Defendant(s):** Motorola, Inc.

County of Residence:

Defendant's Attorneys:

**08 C 5**

**JUDGE DOW**
**MAGISTRATE JUDGE NOLAN**

II.   Basis of Jurisdiction:        3.    Federal Question (U.S. not a party)

III.  Citizenship of Principal Parties   (Diversity Cases Only)

   Plaintiff:  -   N/A
   Defendant: -   N/A

IV.   Origin:                       1.    Original Proceeding

V.    Nature of Suit:               830 Patent

VI.   Cause of Action:              Patent Infringement 35 U.S.C. Section 271

VII.  Requested in Complaint
        Class Action:    No
        Dollar Demand:
        Jury Demand:     Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: /s/Raymond P. Niro

Date: December 31, 2007