JUDGE DOW
MAGISTRATE JUDGE NOLAN  Case 1:08-cv-00005   Document 3   Filed 12/31/2007   Page 1 of 1

FILED
DECEMBER 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**Innovative Patented Technology, LLC**<br>v.<br>**Motorola, Inc.** | Case Number:<br><br>**PH**   **08 C 5** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print)<br>**Raymond P. Niro** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM | **NIRO, SCAVONE, HALLER & NIRO** |
| STREET ADDRESS | **181 West Madison Street – Suite 4600** |
| CITY/STATE//ZIP | **Chicago, IL  60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2054930 | 312-236-0733 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  ☒        APPOINTED COUNSEL  ☐