**FILED**
**DECEMBER 31, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC, | ) ) ) | **PH**  **08 C 5** |
| Plaintiff, | ) ) | Civil Action No. _____ |
| v. | ) ) ) | JURY DEMAND  **JUDGE DOW**  **MAGISTRATE JUDGE NOLAN** |
| MOTOROLA, INC. | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF CLAIM INVOLVING U.S. PATENTS

Pursuant to Local Rule 3.4, Plaintiff Innovative Patented Technology, LLC hereby provides a notice of claim involving U.S. Patent Nos. 7,096,187, 7,260,421, 6,738,643 and 7,079,652.

Pursuant to 35 U.S.C. § 290, the Clerk of the Court is required to provide the following information to the Commissioner of Patents:

This action involves the following parties:

Plaintiff:   Innovative Patented Technologies, LLC
             Highland Beach, Florida

Defendant:   Motorola, Inc.
             1303 East Algonquin Road
             Schaumburg, Illinois  60196

This action involves the following U.S. Patent:

U.S. Patent Nos.    7,096,187, 7,260,421, 6,738,643 and 7,079,652

Inventor:     Scott C. Harris

                                        Respectfully Submitted,

Dated: December 31, 2007        By: /s/Raymond P. Niro
                                        Attorneys for Plaintiffs

                                        Raymond P. Niro
                                        Dina M. Hayes
                                        Niro, Scavone, Haller & Niro
                                        181 West Madison Street
                                        Suite 4600
                                        Chicago, IL  60602-4515
                                        Telephone: (312) 236-0733
                                        Facsimile: (312) 236-3137