AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)** <br> P.O. Box 1450 <br> Alexandria, VA 22313-1450 | REPORT ON THE <br> FILING OF DETERMINATION OF AN ACTION OR APPEAL <br> REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| **DOCKET** <br> 08-cv-00005 | **DATE FILED** <br> 12/31/2007 | **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
|---|---|---|
| **PLAINTIFF** <br> Innovative Patented Technology, LLC | | **DEFENDANT** <br> Motorola, Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| US 7,096,187 B1 | 8/22/2006 | Scott C. Harris |
| US 7,260,421 B2 | 8/21/2007 | Scott C. Harris |
| US 6,738,643 B1 | 5/18/2004 | Scott C. Harris |
| US 7,079,652 B1 | 7/18/2006 | Scott C. Harris |
| | | |
| | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> [ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENT |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK <br> Michael W. Dobbins | (BY) DEPUTY CLERK <br> Tiana Davis | DATE <br> 1/3/2008 |
|---|---|---|
| | | |