IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:08 cv 00005 |
| v. | ) ) | |
| MOTOROLA, INC., | ) ) | Honorable Robert M. Dow<br>Magistrate Judge Nan R. Nolan |
| Defendant. | ) | |

## STIPULATED MOTION FOR AN EXTENSION TO ANSWER

Plaintiff Innovative Patented Technology and Defendant Motorola, Inc. hereby file this stipulated motion seeking an extension of time for Motorola, Inc. to answer Plaintiff's Complaint for Patent Infringement in the above-referenced case, until February 21, 2008. Accordingly, the parties respectfully request that the Court enter an order extending the time to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement until February 21, 2008.

Pursuant to the Local Rules and honorable Dow's published instructions, a proposed order reflecting the relief requested is being sent electronically to the Court.

Respectfully submitted,

/s/ Dina M. Hayes

Raymond P. Niro
Dina M. Hayes
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733    Fax: (312) 236-3137
rniro@nshn.com
hayes@nshn.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **STIPULATED MOTION FOR AN EXTENSION FOR MOTOROLA, INC. TO ANSWER** was served upon the below listed counsel via electronic transmission on January 22, 2008:

>Thomas V. Miller
>Senior Litigation Counsel
>Motorola, Inc.
>1303 E. Algonquin Road
>Schaumburg, IL 60196
>(847) 576-5408

>/s/Dina M. Hayes_____
>**Counsel for Plaintiff**