IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:08 cv 00005 |
| v. | ) ) | |
| MOTOROLA, INC., | ) ) | Honorable Robert M. Dow Magistrate Judge Nan R. Nolan |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE THAT on Tuesday, January 29, 2007 at 9:15 a.m. the parties will appear, if necessary, before the Honorable Judge Dow in Courtroom 1719 and present the parties' Stipulated Motion for an Extension to Answer, submitted herewith.

Respectfully submitted,

/s/ Dina M. Hayes

Raymond P. Niro
Dina M. Hayes
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
(312) 236-0733
Fax:  (312) 236-3137
rniro@nshn.com
hayes@nshn.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF STIPULATED MOTION FOR AN EXTENSION FOR MOTOROLA, INC. TO ANSWER** was served upon the below listed counsel via electronic transmission on January 22, 2008:

>Thomas V. Miller
>Senior Litigation Counsel
>Motorola, Inc.
>1303 E. Algonquin Road
>Schaumburg, IL 60196
>(847) 576-5408


>/s/Dina M. Hayes_____
>**Counsel for Plaintiff**