## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:   08-CV-0005

**Innovative Patented Technology, LLC**
**v.**
**Motorola, Inc.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print)<br><br>**Tahiti Arsulowicz** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/ Tahiti Arsulowicz |
| FIRM                **NIRO, SCAVONE, HALLER & NIRO** |
| STREET ADDRESS                **181 West Madison Street – Suite 4600** |
| CITY/STATE//ZIP                **Chicago, IL  60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6292304 | TELEPHONE NUMBER<br><br>**312-236-0733** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  ☐          APPOINTED COUNSEL  ☐