IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC<br><br>  Plaintiff,<br><br>v.<br><br>MOTOROLA, INC.<br><br>  Defendant.<br>―――――――――――――――――<br>MOTOROLA, INC.<br><br>  Counterclaim-Plaintiff,<br><br>v.<br><br>INNOVATIVE PATENTED TECHNOLOGY, LLC<br><br>  Counterclaim-Defendant. | §§§§§§§§§§§§§§§§§§§§§<br><br>Civil File No. 08 C 00005<br>Honorable Judge Robert M. Dow, Jr.<br>Magistrate Judge Nan R. Nolan |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of February, 2008, I electronically filed Defendant's Answer, Counterclaims and Jury Demand and the annexed Exhibit with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

>Raymond P. Niro, Esq.
>Dina Marie Hayes, Esq.
>Niro, Scavone, Haller & Niro
>181 West Madison Street
>Suite 4600
>Chicago, IL 60602
>rniro@nshn.com
>hayes@nshn.com

- 2 -

    /s/   Peter J. Meyer
Peter J. Meyer (Bar # 6187748)
Attorney for Motorola, Inc.

*STEPTOE & JOHNSON LLP*
115 South LaSalle Street
Suite 3100
Chicago IL, 60603
312.577.1300
312.577.1370
pmeyer@steptoe.com

- 2 -