MHW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

FILED
FEB 20 2008
2-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

INNOVATIVE PATENTED
TECHNOLOGY, LLC

    Plaintiff,

    v.

Motorola, Inc.,

    Defendant.

Civil Action No.: 1:08-00005
Honorable Robert M. Dow Jr.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 20, 2008, he caused Defendant's Appearance of Peter J. Meyer, and the Applications for Leave to Appear *Pro Hac Vice* of Steven K. Davidson, Scott W. Doyle, Daniel L. Girdwood, Michael J. Baratz, and Emily B. Cohen to be served via First Class Mail upon the following:

        **Raymond P. Niro**
        Niro, Scavone, Haller & Niro
        181 West Madison Street
        Suite 4600
        Chicago, IL 60602
        (312) 236-0733

        **Dina Marie Hayes**
        Niro, Scavone, Haller & Niro
        181 West Madison Street
        Suite 4600
        Chicago, IL 60602
        (312) 236-0733

Doc. # DC-2010290 v.1

Date: February 20, 2008

Respectfully Submitted,

_[signature]_

Peter J. Meyer (Bar # 6187748)
Attorney for Motorola, Inc.

*STEPTOE & JOHNSON LLP*
115 South LaSalle Street
Suite 3100
Chicago IL 60603
312.577.1300
312.577.1370

---

Steven K. Davidson*
Scott W. Doyle*
Daniel L. Girdwood*
Michael J. Baratz*
Emily B. Cohen*

Attorneys for Motorola, Inc.

*STEPTOE & JOHNSON LLP*
1330 Connecticut Ave NW
Washington, DC 20036
202.429.3000
202.429.3902 (fax)

* seeking *pro hac vice* admission

Doc. # DC-2010290 v.1