UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| **INNOVATIVE PATENTED TECHNOLOGY, LLC**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**Motorola, Inc.,**<br><br>    **Defendant.** | Civil Action No.: 1:08-00005<br>Honorable Robert M. Dow Jr. |

## DEFENDANT MOTOROLA, INC.'S RULE 3.2 DISCLOSURE

Defendant Motorola, Inc. ("Motorola"), by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Motorola is an independent, publicly held company (NYSE: MOT) that has no parent corporations and no publicly held company owns 5% or more of Motorola's stock.

Date:  March 3, 2008                                Respectfully Submitted,


                                    /s/    Peter J. Meyer
                                    Peter J. Meyer (Bar # 6187748)
                                    Attorney for Motorola, Inc.

                                    *STEPTOE & JOHNSON LLP*
                                    115 South LaSalle Street
                                    Suite 3100
                                    Chicago IL 60603
                                    312.577.1300
                                    312.577.1370

                                    ---------------------------------------

- 2 -

        Steven K. Davidson
        Scott W. Doyle
        Daniel L. Girdwood
        Michael J. Baratz
        Emily B. Cohen

        Attorneys for Motorola, Inc.

        *STEPTOE & JOHNSON LLP*
        1330 Connecticut Ave NW
        Washington, DC 20036
        202.429.3000
        202.429.3902 (fax)