UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| **INNOVATIVE PATENTED TECHNOLOGY, LLC**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**Motorola, Inc.,**<br><br>　　　　**Defendant.** | Civil Action No.: 1:08-00005<br>Honorable Robert M. Dow Jr. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2008, I electronically filed Defendant Motorola, Inc.'s Rule 3.2 Disclosure with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

> Raymond P. Niro, Esq.
> Dina Marie Hayes, Esq.
> Niro, Scavone, Haller & Niro
> 181 West Madison Street
> Suite 4600
> Chicago, IL 60602
> rniro@nshn.com
> hayes@nshn.com

　　　　　　　　　　　　　　　　　　　　/s/　Peter J. Meyer
　　　　　　　　　　　　　　　　　Peter J. Meyer (Bar # 6187748)
　　　　　　　　　　　　　　　　　Attorney for Motorola, Inc.

　　　　　　　　　　　　　　　　　*STEPTOE & JOHNSON LLP*
　　　　　　　　　　　　　　　　　115 South LaSalle Street
　　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　　Chicago IL, 60603
　　　　　　　　　　　　　　　　　312.577.1300
　　　　　　　　　　　　　　　　　312.577.1370
　　　　　　　　　　　　　　　　　pmeyer@steptoe.com