## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Innovative Patented Technology, LLC

                              Plaintiff,

v.                                             Case No.: 1:08−cv−00005
                                               Honorable Robert M. Dow Jr.

Motorola, Inc.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Status hearing held on 3/5/2008. The parties to exchange by 4/4/08 the information required by Rule 26(a)(1) of the Fed.R.Civ.P. The parties are given until 4/30/08 to join additional parties. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.