IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:08 cv 00005 |
| v. | ) ) ) | |
| MOTOROLA, INC., | ) ) | Honorable Robert M. Dow<br>Magistrate Judge Nan R. Nolan |
| Defendant. | ) | |

**INNOVATIVE PATENTED TECHNOLOGY, LLC'S
<u>REPLY TO MOTOROLA, INC'S COUNTERCLAIMS</u>**

Innovative Patented Technology, LLC ("IPT") replies to and answers Motorola's counterclaims as follows:

**THE PARTIES**

30.     Counterclaim-Plaintiff Motorola is a Delaware corporation organized and existing under the laws of Delaware and having a principal place of business at 1393 East Algonquin Road, Shaumburg, Illinois 60196.

**Response:**

Admitted.

31.     Counterclaim-Defendant IPT, on information and belief, is a Florida limited liability corporation organized and existing under the laws of Florida and having a principal place of business in Florida.

**Response:**

Admitted.

**JURISDICTION AND VENUE**

32. This Court has subject matter jurisdiction for this counterclaim for declaratory relief under the Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202, and under the laws of the United States concerning actions relating to patents under 28 U.S.C. § 1338(a). A justiciable controversy exists between Motorola and IPT concerning the validity, enforceability and scope of the asserted patents and any Motorola liability for alleged infringement of claims therein.

**Response:**

Admitted.

33. Personal jurisdiction and venue properly lie in this judicial district by virtue of IPT having filed in this Court its Complaint.

**Response:**

Admitted.

**COUNTERCLAIM I: NON-INFRINGEMENT OF THE '187 PATENT**

34. Motorola incorporates the allegations of paragraphs 1-33 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33 as if fully

stated herein.

35. IPT has alleged and claimed that it owns the '187 patent.

**Response:**

Admitted.

36. IPT has alleged and claimed that Motorola infringes at least one claim of the '187 patent.

**Response:**

Admitted.

37. Motorola does not infringe any valid claim of the '187 patent and has not

induced or contributed to the infringement by another of any valid claim of the '187 patent.

**Response:**

Denied.

38.  Motorola is entitled to a judicial declaration that it does not infringe any valid claim of the '187 patent.

**Response:**

Denied.

### COUNTERCLAIM II: NON-INFRINGEMENT OF THE '421 PATENT

39.  Motorola incorporates the allegations of paragraphs 1-33 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33 as if fully

stated herein.

40.  IPT has alleged and claimed that it owns the '421 patent.

**Response:**

Admitted.

41.  IPT has alleged and claimed that Motorola infringes at least one claim of the '421 patent.

**Response:**

Admitted.

42.  Motorola does not infringe any valid claim of the '421 patent and has not induced or contributed to the infringement by another of any valid claim of the '421 patent.

**Response:**

Denied.

3

43. Motorola is entitled to a judicial declaration that it does not infringe any valid claim of the '421 patent.

**Response:**

Denied.

### **COUNTERCLAIM III: NON-INFRINGEMENT OF THE '643 PATENT**

44. Motorola incorporates the allegations of paragraphs 1-33 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33 as if fully stated herein.

45. IPT has alleged and claimed that it owns the '643 patent.

**Response:**

Admitted.

46. IPT has alleged and claimed that Motorola infringes at least one claim of the '643 patent.

**Response:**

Admitted.

47. Motorola does not infringe any valid claim of the '643 patent and has not induced or contributed to the infringement by another of any valid claim of the '643 patent.

**Response:**

Denied.

48. Motorola is entitled to a judicial declaration that it does not infringe any valid claim of the '643 patent.

**Response:**

Denied.

4

### COUNTERCLAIM IV: NON-INFRINGEMENT OF THE '652 PATENT

49. Motorola incorporates the allegations of paragraphs 1-33 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33 as if fully stated herein.

50. IPT has alleged and claimed that it owns the '652 patent.

**Response:**

Admitted.

51. IPT has alleged and claimed that Motorola infringes at least one claim of the '652 patent.

**Response:**

Admitted.

52. Motorola does not infringe any valid claim of the '652 patent and has not induced or contributed to the infringement by another of any valid claim of the '652 patent.

**Response:**

Denied.

53. Motorola is entitled to a judicial declaration that it does not infringe any valid claim of the '652 patent.

**Response:**

Denied.

### COUNTERCLAIM V: INVALIDITY OF THE '187 PATENT

54. Motorola incorporates the allegations of paragraphs 1-38 above as if fully stated herein.

5

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-38 as if fully stated herein.

55.   IPT has alleged that the '187 patent is valid and enforceable.

**Response:**

Admitted.

56.   On information and belief, the '187 patent is invalid for failure to meet the conditions of patentability stated in Title 35 of the United States Code, including Sections 102, 103, and/or 112.

**Response:**

Denied.

57.   Motorola is entitled to a judicial declaration that the '187 patent is invalid.

**Response:**

Denied.

## COUNTERCLAIM VI: INVALIDITY OF THE '421 PATENT

58.   Motorola incorporates the allegations of paragraphs 1-33 and 39-43 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33 and 39-43 as if fully stated herein.

59.   IPT has alleged that the '421 patent is valid and enforceable.

**Response:**

Admitted.

60.   On information and belief, the '421 patent is invalid for failure to meet the

6

conditions of patentability stated in Title 35 of the United States Code, including sections 102, 103, and/or 112.

**Response:**

Denied.

61.    Motorola is entitled to a judicial declaration that the '421 patent is invalid.

**Response:**

Denied.

### COUNTERCLAIM VII: INVALIDITY OF THE '643 PATENT

62.    Motorola incorporates the allegations of paragraphs 1-33 and 44-48 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33 and 44-48 as if fully stated herein.

63.    IPT has alleged that the '643 patent is valid and enforceable.

**Response:**

Admitted.

64.    On information and belief, the '643 patent is invalid for failure to meet the conditions of patentability stated in Title 35 of the United States Code, including Sections 102, 103, and/or 112.

**Response:**

Denied.

65.    Motorola is entitled to a judicial declaration that the '643 patent is invalid.

**Response:**

Denied.

## COUNTERCLAIM VIII: INVALIDITY OF THE '652 PATENT

66. Motorola incorporates the allegations of paragraphs 1-33 and 49-53 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33 and 49-53 as if fully stated herein.

67. IPT has alleged that the '652 patent is valid and enforceable.

**Response:**

Admitted.

68. On information and belief, the '652 patent is invalid for failure to meet the conditions of patentability stated in Title 35 of the United States Code, including Sections 102, 103, and/or 112.

**Response:**

Denied.

69. Motorola is entitled to a judicial declaration that the '652 patent is invalid.

**Response:**

Denied.

## COUNTERCLAIM IX: UNENFORCEABILITY OF THE '187 PATENT

70. Motorola incorporates the allegations of paragraphs 1-38 and 54-57 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33 and 54-57 as if fully stated herein.

71. On information and belief, the '187 patent is unenforceable for one or more of the grounds alleged in foregoing paragraphs 1-38 and 54-57.

8

**Response:**

    Denied.

    72.    Motorola is entitled to a judicial declaration that the '187 patent is enenforceable.

**Response:**

    Denied.

### COUNTERCLAIM X: UNENFORCEABILITY OF THE '421 PATENT

    73.    Motorola incorporates the allegations of paragraphs 1-33, 39-43 and 58-61 above as if fully stated herein.

**Response:**

    IPT incorporates its answers to the allegations of paragraphs 32-33, 39-43 and 58-61 as if fully stated herein.

    74.    On information and belief, the '421 patent is unenforceable for one or more of the grounds alleged in foregoing paragraphs 1-33, 39-43 and 58-61.

**Response:**

    Denied.

    75.    Motorola is entitled to a judicial declaration that the '421 patent is unenforceable.

**Response:**

    Denied.

### COUNTERCLAIM XI: UNENFORCEABILITY OF THE '643 PATENT

    76.    Motorola incorporates the allegations of paragraphs 1-33, 44-48 and 62-65 above as if fully stated herein.

**Response:**

    IPT incorporates its answers to the allegations of paragraphs 32-33, 44-48 and

62-65 as if fully stated herein.

77. On information and belief, the '643 patent is unenforceable for one or more of the grounds alleged in foregoing paragraphs 1-33, 44-48 and 62-65.

**Response:**

Denied.

78. Motorola is entitled to a judicial declaration that the '643 patent is unenforceable.

**Response:**

Denied.

### COUNTERCLAIM XII: UNENFORCEABILITY OF THE '652 PATENT

79. Motorola incorporates the allegations of paragraphs 1-33, 49-53 and 66-69 above as if fully stated herein.

**Response:**

IPT incorporates its answers to the allegations of paragraphs 32-33, 49-53 and 66-69 as if fully stated herein.

80. On information and belief, the '652 patent is unenforceable for one or more of the grounds alleged in foregoing paragraphs 1-33, 49-53 and 66-69.

**Response:**

Denied.

81. Motorola is entitled to a judicial declaration that the '652 patent is unenforceable.

**Response:**

Denied.

## **AFFIRMATIVE DEFENSES**

IPT asserts the following Affirmative Defenses against Motorola's Counterclaims and reserves the right to further amend his response as additional information becomes available:

1. The claims of United States Patent No. 7,096,187 are valid, enforceable and infringed by Motorola.

2. The claims of United States Patent No. 7,260,421 are valid, enforceable and infringed by Motorola.

3. The claims of United States Patent No. 6,738,643 are valid, enforceable and infringed by Motorola.

4. The claims of United States Patent No. 7,079,652 are valid, enforceable and infringed by Motorola.

5. Motorola has also knowingly contributed to or induced the infringement of others by willfully and intentionally aiding, assisting and encouraging such infringement.

6. Motorola's infringement has been willful.

7. IPT adopts and incorporates herein all affirmative defenses available pursuant to Federal Rule of Civil Procedure 8 (or any applicable statute or regulation), to the extent the facts known at this time would make any of said defenses available or facts developed in the future would make same available. No affirmative defense is waived.

WHEREFORE, IPT requests that judgment be entered against Motorola and in IPT's favor on the Counterclaims brought by Motorola. IPT further requests that it be granted all of the relief requested in its Complaint.

**JURY DEMAND**

IPT demands a trial by jury on all issues properly triable to a jury.

Respectfully submitted,

<u>/s/Dina M. Hayes</u>
Raymond P. Niro
Dina M. Hayes
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602 -4635
(312) 236-0733
Fax:  (312) 236-3137

*Attorneys for Plaintiff*
*Innovative Patented Technology, LLC*

Case 1:08-cv-00005    Document 30    Filed 03/11/2008    Page 13 of 13

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **INNOVATIVE PATENTED TECHNOLOGY, LLC'S REPLY TO MOTOROLA, INC'S COUNTERCLAIMS** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

>Peter J. Meyer
>STEPTOE & JOHNSON LLP
>115 South LaSalle Street
>Suite 3100
>Chicago, Illinois  60603
>(312) 577-1300
>(312) 577-1370 (Facsimile)
>
>Steven K. Davidson
>Scott W. Doyle
>Daniel L. Girdwood
>Michael J. Baratz
>Emily B. Cohen
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue NW
>Washington, D.C. 20036
>(202) 429-3000
>(202) 429-3902 (Facsimile)
>
>*Attorneys for Defendant Motorola, Inc.*

On March 11, 2008.

>/s/Dina M. Hayes