# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0005 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Innovative Patented Technology LLC vs. Motorola, Inc. | | |

**DOCKET ENTRY TEXT**

The Court sets the following discovery schedule: fact discovery to be completed by 10/15/08; initial expert reports by a party bearing the burden of proof in issue due on 9/15/08; rebuttal expert reports due 10/15/08; reply expert reports due 11/15/08; all expert discovery to be completed by 2/15/09. Given the parties' disagreement regarding a Markman briefing schedule, the parties are directed, if an agreement cannot be reached, to each file a memoranda of no more than 10 pages by 6/30/08. Dispositive motions schedule to be set at a later date. Next status is set for 9/3/08 at 9:30 a.m.

■ [ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

After giving careful consideration to the positions stated in the parties' Report of their Rule 26(f) Planning Meeting (DE 22) and at the initial status in this case on 3/5/08, the Court enters the following discovery schedule:

All fact discovery should be commenced in time to be completed by 10/15/08. Initial expert reports from a party bearing the burden of proof in issue will be due on 9/15/08; rebuttal expert reports will be due on 10/15/08; reply expert reports will be due on 11/15/08; all expert discovery should be commenced in time to be completed by 2/15/09. Deadlines for dispositive motions will be set at a future status conference.

In light of the parties' disagreement on the advisability and timing of a Markman briefing schedule and hearing, the parties are directed to confer on the matter. If no agreement can be reached, the parties are directed to file memoranda of no more than 10 pages setting forth their respective views on the advisability and timing of Markman briefing and hearing on or before 6/30/08. The Court will advise the parties if it desires response memoranda on the Markman issues and, if so, the Court will set a schedule for such responses.

This case is set for status on 9/3/08 at 9:30 a.m.

Courtroom Deputy Initials: