IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC. <br><br> Defendant. | § § § § § § § § § § § § |
| MOTOROLA, INC. <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> INNOVATIVE PATENTED TECHNOLOGY, LLC <br><br> Counterclaim-Defendant. | § § § § § § § § § § § § |

Civil File No. 08 C 00005
Honorable Judge Robert M. Dow, Jr.
Magistrate Judge Nan R. Nolan

## AGREED MOTION TO ENTER JOINT PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 26.2, Motorola, Inc. ("Motorola") and Innovative Patented Technology, LLC ("IPT") (collectively, "the Parties") respectfully request that the Court enter the Parties' proposed Joint Protective Order. A copy of the proposed Joint Protective Order is being electronically submitted to Proposed_Order_Dow@ilnd.uscourts.gov. In support of this motion, the Parties state as follows:

    1.    The Parties anticipate that certain privileged and otherwise confidential documents may be exchanged during discovery in this matter. The parties agree that these

documents should be protected by an appropriate protective order pursuant to Fed. R. Civ. P. 26(c) and the Court's Local Rule 26.2.

2. To that end, the Parties have stipulated and agreed, subject to the approval of this Court, that the proposed Joint Protective Order shall govern the designation, disclosure, and use of documents or other communications or information produced or exchanged during discovery in this matter. The Parties respectfully submit that the proposed Joint Protective Order is an appropriate measure to protect privileged and other confidential information that may be exchanged during discovery.

3. The proposed Joint Protective Order identifies at paragraphs 5, 6 and 13 the specific categories of documents and information which may be designated as "CONFIDENTIAL INFORMATION" or "HIGHLY CONFIDENTIAL INFORMATION" pursuant to the proposed Joint Protective Order. Public disclosure of this confidential information would cause harm to the producing party or its employees. Accordingly, the Parties submit that good cause exists for issuance of the proposed Joint Protective Order.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Joint Protective Order pursuant to Fed. R. Civ. P. 26(c) and Local Rule 26.2.

Date: April 24, 2008                          Respectfully Submitted,


                                              _____s/Peter J. Meyer_____
                                              Peter J. Meyer (Bar # 6187748)
                                              Attorney for Motorola, Inc.

                                              *STEPTOE & JOHNSON LLP*
                                              115 South LaSalle Street
                                              Suite 3100

-3-

Chicago IL, 60603
312.577.1300
312.577.1370

Steven Davidson*
Scott W. Doyle*
Michael Baratz*
Emily Cohen*
Daniel Girdwood*
Attorneys for Motorola, Inc.

*STEPTOE & JOHNSON LLP*
1330 Connecticut Ave NW
Washington, DC 20036
202.429.3000
202.429.3902 (fax)

* admitted *pro hac vice*