UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC.,<br><br>Defendant. | Civil Action No.: 1:08-00005<br>Honorable Robert M. Dow Jr. |

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2008, I electronically filed an Agreed Motion To Enter Joint Protective Order using the CM/ECF system, which will then send a notification of such filing to the following:

    Dina Marie Hayes, Esq.
    Niro, Scavone, Haller & Niro
    181 West Madison Street
    Suite 4600
    Chicago, IL 60602
    hayes@nshn.com

                                                  s/Peter J. Meyer
                                                  Peter J. Meyer
                                                  Attorney for Motorola, Inc.

                                                  *STEPTOE & JOHNSON LLP*
                                                  115 South Las Salle Street
                                                  Suite 3100
                                                  Chicago, illinois 60603
                                                  (312) 577-1300
                                                  pmeyer@steptoe.com