IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA, INC.<br><br>    Defendant. | § § § § § § § § § § § § |
| MOTOROLA, INC.<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>INNOVATIVE PATENTED TECHNOLOGY, LLC<br><br>    Counterclaim-Defendant. | § § § § § § § § § § § § § |

Civil File No. 08 C 00005
Honorable Judge Robert M. Dow, Jr.
Magistrate Judge Nan R. Nolan

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, April 29, 2008, at 9:15 AM, or as soon thereafter as counsel may be heard, Defendant will move this Honorable Court for entry of an Order in connection with the Parties' Agreed Motion To Enter Joint Protective Order, filed on April 24, 2008.

Date:   April 24, 2008                              Respectfully Submitted,


                                                                /Peter J. Meyer
Peter J. Meyer (Bar # 6187748)
Attorney for Motorola, Inc.

*STEPTOE & JOHNSON LLP*
115 South LaSalle Street
Suite 3100
Chicago IL, 60603
312.577.1300
312.577.1370

Steven Davidson*
Scott W. Doyle*
Michael Baratz*
Emily Cohen*
Daniel Girdwood*
Attorneys for Motorola, Inc.

*STEPTOE & JOHNSON LLP*
1330 Connecticut Ave NW
Washington, DC 20036
202.429.3000
202.429.3902 (fax)

* admitted *pro hac vice*