IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:08 C 0005 |
| v. | ) ) | |
| MOTOROLA, INC., | ) ) | Honorable Robert M. Dow |
| Defendant. | ) ) | Magistrate Judge Nan R. Nolan |
| MOTOROLA, INC. | ) ) | |
| Counterclaim-Plaintiff, | ) ) ) | |
| v. | ) | |
| INNOVATIVE PATENTED TECHNOLOGY, LLC | ) ) ) | |
| Counterclaim-Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Innovative Patented Technology, LLC and Defendant Motorola, Inc. (the "Parties") hereby stipulate and agree as follows:

1. All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

2. Each Party is to bear its own costs and attorneys' fees.

Dated:      May 23, 2008

| | |
|---|---|
| INNOVATIVE PATENTED<br>TECHNOLOGY, LLC | MOTOROLA, INC. |
| By:/s/ Dina Marie Hayes<br>Dina Marie Hayes<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, Illinois  60602<br>(312) 236-0733<br><br>Attorney for Innovative Patented<br>Technology, LLC | By:   /s/ Peter J. Meyer<br>Peter J. Meyer (Bar #6187748)<br>STEPTOE & JOHNSON LLP<br>115 South LaSalle Street, Suite 3100<br>Chicago, Illinois  60603<br>(312) 577-1300<br><br>Steven Davidson<br>Scott Doyle<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Ave, N.W.<br>Washington, D.C.  20036<br>(202) 429-3000<br><br>Attorneys for Motorola, Inc. |