IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE PATENTED TECHNOLOGY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:08 cv 00005 |
| v. | ) ) ) | |
| MOTOROLA, INC., | ) ) | Honorable Robert M. Dow<br>Magistrate Judge Nan R. Nolan |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Thursday, June 5, 2008 at 9:15 a.m., Plaintiff will appear before the Honorable Judge Robert M. Dow in Courtroom 1919 and present its Stipulated Motion for Dismissal submitted herewith.

Respectfully submitted,

/s/ Dina M. Hayes
Raymond P. Niro
Dina M. Hayes
Tahiti Arsulowicz
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602 -4635
(312) 236-0733
Fax: (312) 236-3137

*Attorneys for Plaintiff*
*Innovative Patented Technology, LLC*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF STIPULATED MOTION FOR DISMISSAL** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

>Peter J. Meyer
>STEPTOE & JOHNSON LLP
>115 South LaSalle Street
>Suite 3100
>Chicago, Illinois  60603
>(312) 577-1300
>(312) 577-1370 (Facsimile)
>
>Steven K. Davidson
>Scott W. Doyle
>Daniel L. Girdwood
>Michael J. Baratz
>Emily B. Cohen
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue NW
>Washington, D.C. 20036
>(202) 429-3000
>(202) 429-3902 (Facsimile)
>
>*Attorneys for Defendant Motorola, Inc.*

On May 23, 2008.

/s/  Dina M. Hayes