## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Innovative Patented Technology, LLC

                Plaintiff,

v.

                Case No.: 1:08−cv−00005
                Honorable Robert M. Dow Jr.

Motorola, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Parties Stipulation of Dismissal [37] is granted. All claims as well as counterclaims are dismissed with prejudice as to each of the parties. Each party is to bear its own costs and attorneys'; fees. Status hearing date of 9/3/08 is stricken. Notice of Motion date of 6/5/08 is stricken and no appearance will be necessary. Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.